**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Karen L. Hartman | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-13573ELF |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated June 3, 2019 and June 10, 2019, this case

is hereby DISMISSED.

**Date: July 9, 2019**

ERIC L. FRANK
United States Bankruptcy Judge

Missing Documents:

    Attorney Disclosure Statement
    Chapter 13 Plan
    Schedules A/B-J
    Statement of Financial Affairs
    Summary Assets & Liabilities B106
    Ch 13 Income Form 122C-1
    Means Test Calculation 122C-2, if applicable

bfmisdoc elf (1/22/15)