```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                              Case No. 19-13573-elf
Karen L. Hartman                                                    Chapter 13
          Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0313-4          User: PaulP               Page 1 of 1          Date Rcvd: Jul 09, 2019
                              Form ID: pdf900           Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2019.
db             +Karen L. Hartman,    607 Fivepointville Road,    Denver, PA 17517-8985
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,   Second Floor,    Reading, PA 19601-4300
14335872        Anthony Schimaneck, Esquire,    700 N Duke Street,    PO Box 4686,    Lancaster, PA 17604-4686
14335873       +Northern Lancaster County Authority,    983 Beam Road,    Denver, PA 17517-8946
14335874        PNC Bank,    PO Box 747066,   Pittsburgh, PA 15274-7066
14344265       +SELECT PORTFOLIO SERVICING INC. c/o Kevin G. McDon,    KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
14344625       +Select Portfolio Servicing Inc.,    c/o Kevin G. McDonald, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14335875       +Wyomissing Health and Rehab Center,    1000 E Wyomissing Blvd.,    Reading, PA 19611-1764

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 10 2019 03:09:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 10 2019 03:09:38      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2019 03:07:22      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14336866       +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2019 03:08:13      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Select Portfolio Servicing Inc.
               bkgroup@kmllawgroup.com
              MITCHELL A. SOMMERS    on behalf of Debtor Karen L. Hartman sommersesq@aol.com,   kjober@ptd.net
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Karen L. Hartman | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-13573ELF |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated June 3, 2019 and June 10, 2019, this case

is hereby DISMISSED.

**Date: July 9, 2019**

ERIC L. FRANK
United States Bankruptcy Judge

Missing Documents:

    Attorney Disclosure Statement
    Chapter 13 Plan
    Schedules A/B-J
    Statement of Financial Affairs
    Summary Assets & Liabilities B106
    Ch 13 Income Form 122C-1
    Means Test Calculation 122C-2, if applicable

bfmisdoc elf (1/22/15)